UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMEL DALLUGE,<br><br>                      Plaintiff,<br><br>   v.<br><br>SABRINA BEES,<br><br>                      Defendant. | No. C10-5945 RBL/KLS<br><br>ORDER DENYING MOTION FOR SANCTIONS |

Before the court is Plaintiff's motion to begin the sanction process against Defendant. ECF No. 9. Plaintiff has been ordered to show cause why this matter should not be dismissed as frivolous and the court has not yet determined whether Plaintiff's Amended Complaint states a viable cause of action under 42 U.S.C. § 1983.

Moreover, this motion is frivolous, malicious and without merit and shall be **DENIED.** Despite a previous warning, Plaintiff persists in submitting documents to the court containing malicious language. In his motion for sanctions, for example, Plaintiff calls for the execution of the Defendant, and states that he wants "Sabrina Bees Breath . . . Since the Angel of Death ain't all bad …". ECF No. 9, p. 6.

Plaintiff is advised that any future filings containing similar language may result in the court issuing sanctions against him which may include monetary sanctions and/or dismissal of his case.

ORDER TO AMEND OR SHOW CAUSE- 1

Accordingly, it is **ORDERED:**

(1)     Plaintiff's motion for sanctions (ECF No. 9) is **DENIED**.

(2)     The Clerk shall send a copy of this Order to Plaintiff.

**DATED** this 7th day of February, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER TO AMEND OR SHOW CAUSE- 2