UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMEL DALLUGE,<br><br>                    Plaintiff,<br><br>     v.<br><br>SABRINA BEES,<br><br>                    Defendant. | No. C10-5945 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation [Dkt. #16], and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) This action is **Dismissed Without Prejudice and the dismissal counted as a strike pursuant to 28 U.S.C. 1915 (g).**

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Karen L. Strombom.

**DATED** this 14th day of March, 2011.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1