HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| AMEL DALLUGE, | CASE NO. C10-5945RBL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SABRINA BEES, | |
| Defendant. | |

THIS MATTER comes on before the above-entitled court upon Plaintiff's Notice of Appeal [Dkt. #20]. Pursuant to Fed. R. App. P. 24(a), this Court certifies that the appeal is not taken in good faith. The underlying action, and therefore this appeal, is without basis in law or fact and is thus frivolous.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

ORDER- 1


**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 29th day of April, 2011.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN for
United States District Judge for
Ronald B. Leighton
United States District Judge

ORDER- 2