UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMEL DALLUGE,<br><br>                  Plaintiff,<br>   v.<br><br>SABRINA BEES,<br><br>                  Defendant. | No. C10-5945 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court has reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation [Dkt. #29], and the remaining record.

Plaintiff's objections are wholly without merit. They are frivolous in that they lack an arguable basis in law or fact. The objections also make malicious accusations as to the abilities of Chief Magistrate Judge Karen L. Strombom. Such accusations will not be tolerated.

Plaintiff's attempt to obtain a stay of the Order dismissing his 42 U.S.C. § 1983 action prior to service under 28 U.S.C. § 1915(g) is procedurally improper. His only recourse is a Notice of Appeal, which he filed on March 31, 2011. The recommendation of the Magistrate Judge to deny his "Motion for Preliminary Injunction" is correct. It is therefore **ORDERED**:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's motions (ECF No. 24 and 25) are **DENIED.** The Court will not accept further pleadings or motions in this case.

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

1       (3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Karen L. Strombom.

**DATED** this 29th day of April, 2011.

                                       _____
                                       ROBERT J. BRYAN
                                       United States District Judge for
                                       Ronald B. Leighton
                                       United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 2